Wilson v. Alpaugh.

*Mr. Robert H. McCarter*, for the respondent.

PER CURIAM.

Order affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, LIPPINCOTT, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, GREEN, KRUEGER, SIMS, SMITH—13.

*For reversal*—None.

---

RICHARD H. WILSON et al., appellants,

*v.*

CHARLES ALPAUGH, administrator &c., respondent.

On appeal from a decree advised by Vice-Chancellor Bird, whose opinion is reported in *Alpaugh* v. *Wilson, 7 Dick. Ch. Rep. 424.*

*Mr. Charles A. Skillman*, for the appellants.

*Mr. Richard S. Kuhl*, for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, KRUEGER, SIMS—10.

*For reversal*—None.